**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
OLGA LYDIA SANTANA,

                Plaintiff,

-against-

ANDREW M. SAUL,
Commissioner of Social Security,
                Defendant.
-------------------------------------------------------------X

18 **CIVIL** 10870 (PED)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/19

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order dated November 18, 2019, the Commissioner's motion is GRANTED and plaintiff's motion is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
       November 18, 2019

**RUBY J. KRAJICK**
_____
**Clerk of Court**

BY: _____
**Deputy Clerk**